| Attorney or Party without Attorney:<br>Robert E. Allen<br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO, LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>  Telephone No: 310-553-3000<br>  Attorney For: Petitioner | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California |
|---|
| Plaintiff: In re DMCA Sec. 512(h} Subpoena to Twitter, Inc.<br>Defendant: |

| PROOF OF SERVICE | Hearing Date:<br>12/04/2020 | Time:<br>10:00 am | Dept/Div: | Case Number:<br>4:20-mc-80214-DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Letter Dated December 3, 2020

3. a. Party served:     Twitter, Inc.
   b. Person served:   Daisy Montenegro, Intake Specialist/CT Corporation System, Registered Agent

4. Address where the party was served:   818 W. Seventh Street, #930, Los Angeles, CA 90017

5. I served the party:
   a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Dec 03 2020 (2) at: 01:50 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/04/2020
(Date)                                          (Signature)



PROOF OF SERVICE

5132037
(4520404)