Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
T: 650.838.4300
F: 650.838.4350

Hayden M. Schottlaender, TX Bar No. 24098391
(Application for Admission *PHV* Forthcoming)
HSchottlaender@perkinscoie.com
**PERKINS COIE LLP**
500 N. Akard St., Suite 3300
Dallas, TX 75214
T: 214.965.7700
F: 214.965.7799

Attorneys for Movant
**TWITTER, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.* | Case No. 4:20-mc-80214 DMR<br><br>**NOTICE OF APPEARANCE OF JULIE E. SCHWARTZ**<br><br>Judge:   Hon. Donna M. Ryu<br>            Courtroom 4, 3rd Floor |

1
2
3

    PLEASE TAKE NOTICE that Julie E. Schwartz of Perkins Coie LLP hereby appears as counsel for Twitter, Inc. in the above-referenced action. Please serve all pleadings, orders, notices, correspondence and other documents with regard to the above-referenced action on:

4
5
6
7

    Julie E. Schwartz
    JSchwartz@perkinscoie.com
    Perkins Coie LLP
    3150 Porter Drive
    Palo Alto, California 94304
    Telephone: (650) 838-4300
    Facsimile: (650) 838-4350

8
9

DATED: January 23, 2021

/s/ *Julie E. Schwartz*
Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
T: 650.838.4300
F: 650.838.4350

Attorneys for Movant
**TWITTER, INC.**