AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re DMCA 512(h) Subpoena to Twitter, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-mc-80214-DMR |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bayside Advisory LLC.

Date: 02/04/2021

/s/ Lawrence M Hadley
*Attorney's signature*

Lawrence M. Hadley (157728)
*Printed name and bar number*

10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067

*Address*

lhadley@glaserweil.com
*E-mail address*

(310) 553-3000
*Telephone number*

(310) 556-2920
*FAX number*