ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@glaserweil.com
THOMAS P. BURKE JR. (SBN 288261)
tburke@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Petitioner
Bayside Advisory LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO TWITTER, INC. | CASE NO.: 4:20-mc-80214-DMR<br><br>**PETITIONER BAYSIDE ADVISORY'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15.** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 12, 2021

GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP

By: */s/ Robert E. Allen*
    ROBERT E. ALLEN
    Attorneys for Petitioner
    *Bayside Advisory LLC*