Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
T: 650.838.4300
F: 650.838.4350

Hayden M. Schottlaender, TX Bar No. 24098391
Admitted *Pro Hac Vice*
HSchottlaender@perkinscoie.com
**PERKINS COIE LLP**
500 N. Akard St., Suite 3300
Dallas, TX 75214
T: 214.965.7700
F: 214.965.7799

Attorneys for Movant
**TWITTER, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.* | Case No. 4:20-mc-80214 DMR<br><br>**DECLARATION OF HAYDEN M. SCHOTTLAENDER**<br><br>Judge:   Hon. Donna M. Ryu<br>            Courtroom 4, 3rd Floor |

I, Hayden M. Schottlaender, declare as follows:

1. My name is Hayden M. Schottlaender. I am of sound mind, over the age of 21, have never been convicted of a felony, and am fully authorized and competent to make this Declaration. The facts and statements contained herein are made on the basis of my personal knowledge and are true and correct. If called to testify to said statements, I could and would testify competently thereto.

2. Consistent with this Court's order of November 4, 2021, Twitter has sent an email to the user @CallMeMoneyBags attaching a copy of that order along with the complete briefing on Twitter's motion to quash and the motion to compel filed by Bayside Advisory LLC ("Bayside"). Specifically, Twitter attached to the email docket entries 1, 2, 5, 9, 10, 16, 17, and 19. Twitter's email to the user was sent on November 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2021

/s/ Hayden M. Schottlaender
Hayden M. Schottlaender
Texas Bar No. 24098391

-1-

DECLARATION OF HAYDEN M. SCHOTTLAENDER
CASE NO. 4:20-MC-80124 DMR