UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DMCA § 512(H) SUBPOENA TO TWITTER, INC. | Case No. 20-mc-80214-DMR <br><br> **ORDER REQUESTING REASSIGNMENT OF MOTION FOR DE NOVO REVIEW** <br><br> Re: Dkt. No. 22 |

In October 2020, Bayside Advisory LLC ("Bayside") issued a takedown notice under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), to Twitter, Inc. ("Twitter") requesting that it remove six photos posted on Twitter by user @CallMeMoneyBags. Bayside subsequently served Twitter with a subpoena for information identifying the user(s) of the @CallMeMoneyBags account. [Docket Nos. 1-3.] Twitter subsequently moved to quash the subpoena, while Bayside moved to compel Twitter to comply with the subpoena. [Docket Nos. 5 (Mot. to Quash), 10 (Mot. to Compel).]

The court subsequently ordered Twitter to serve all briefs on the email address associated with the @CallMeMoneyBags account and granted permission to the account user(s) to specially appear by December 10, 2021 to submit information regarding the fair use of the photos under the Copyright Act, 17 U.S.C. § 107, as well as the harms that may result if the court denies the motion to quash and grants the motion to compel. [Docket No. 19 (Nov. 4, 2021 Order).] The account user(s) did not make an appearance. On December 29, 2021, the court denied the motion to quash and granted the motion to compel. [Docket No. 21.]

Twitter now moves for de novo review of the court's December 29, 2021 Order. [Docket

1  No. 22.]  The Clerk shall reassign this matter to a district judge for determination of the motion.

3  **IT IS SO ORDERED.**

4  Dated: January 11, 2022



Donna M. Ryu
United States Magistrate Judge