1  ROBERT E. ALLEN (SBN 166589)
   rallen@glaserweil.com
2  LAWRENCE M. HADLEY (SBN 157728)
   lhadley@glaserweil.com
3  THOMAS P. BURKE JR. (SBN 288261)
   tburke@glaserweil.com
4  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
5  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
6  Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
7
   *Attorneys for Petitioner*
8  *Bayside Advisory LLC*

9  [Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO TWITTER, INC. | CASE NO.: 4:20-mc-80214-VC  **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON TWITTER'S MOTION FOR *DE NOVO* DETERMINATION OF DISPOSITIVE MATTER**  AS MODIFIED |

This stipulation is entered into between Petitioner Bayside Advisory LLC ("Petitioner" or "Bayside") and Respondent Twitter, Inc. ("Respondent" or "Twitter"; collectively with Petitioner, the "Parties") pursuant to Local Rules 6-2 and 7-12.

WHEREAS, on January 7, 2022, Twitter filed its Motion for *De Novo* Determination of Dispositive Matter Referred to Magistrate Judge (Dkt. 22) (the "Motion") in matter *In re DMCA § 512(h) Subpoena to Twitter, Inc*, Case No. 4:20-mc-80214-DMR, then assigned to Magistrate Judge Donna M. Ryu;

WHEREAS, the current deadline for the filing of a response is January 21, 2022 and the current deadline for the filing of a reply is January 28, 2022;

WHEREAS, counsel for the parties have been contacted by potential amici curiae who may seek to participate in the briefing of the Motion;

WHEREAS, counsel for the parties recognize that the issues in the Motion address a matter of important public interest, and that justice would be best served with such amici's public policy and legal arguments before the Court;

WHEREAS, the parties have sought no previous extensions or modification of the briefing schedule and, as this case is limited to a DMCA subpoena, there is no further schedule for the case that will be affected;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the Parties herein, and subject to the approval of the Court, that the parties and potential amici curiae shall brief the Motion in accordance with the following schedule:

- February 18, 2022 – Amicus briefs in support of Twitter due;
- March 11, 2022 – Bayside's response / opposition due;
- April 4, 2022 – Amicus briefs in support of Bayside or amicus briefs that do not support either party due;
- April 25, 2022 – Twitter's reply due;
- May 12, 2022 – Hearing.

IT IS SO STIPULATED.

DATED: January 14, 2022

Respectfully submitted,

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: /s/ Robert E. Allen
Robert E. Allen (SBN 166589)
rallen@glaserweil.com
Lawrence M. Hadley (SBN 157728)
lhadley@glaserweil.com
Thomas P. Burke Jr. (SBN 288261)
tburke@glaserweil.com
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Petitioner*
*Bayside Advisory LLC*

By: /s/ Julie Erin Schwartz
Julie Erin Schwartz
jschwartz@perkinscoie.com
Perkins Coie, LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650-838-4490
Fax: 650-838-4690

Hayden Schottlaender (admitted *pro hac vice*)
HSchottlaender@perkinscoie.com
Perkins Coie LLP
500 N. Akard St., Ste. 3300
Dallas, TX 75201
Telephone: (214) 965-7724

*Attorneys for Respondent*
*Twitter, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 19, 2022

The Honorable
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vince Chhabria