Aaron Mackey (SBN 286647)
amackey@eff.org
Corynne McSherry (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
Nicole A. Ozer (SBN 228643)
nozer@aclunc.org
ACLU FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amici Curiae*
*Electronic Frontier Foundation and ACLU*
*Foundation of Northern California*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.* | Case No.: 20-mc-80214 VC <br><br> **NOTICE OF APPEARANCE** <br><br> Hon. Vince Chhabria |

PLEASE TAKE NOTICE that Aaron Mackey of the Electronic Frontier Foundation hereby appears as counsel of record for the Electronic Frontier Foundation and ACLU Foundation of Northern California as amici curiae in this action.

DATED: February 18, 2022               Respectfully submitted,

                                  */s/ Aaron Mackey*
                              Aaron Mackey

                              ELECTRONIC FRONTIER FOUNDATION
                              815 Eddy Street
                              San Francisco, CA 94109
                              Telephone: (415) 436-9333
                              Facsimile: (415) 436-9993

                              *Attorneys for Amici Curiae*
                              *Electronic Frontier Foundation and ACLU*
                              *Foundation of Northern California*