Aaron Mackey (SBN 286647)
amackey@eff.org
Corynne McSherry (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
Nicole A. Ozer (SBN 228643)
nozer@aclunc.org
ACLU FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amici Curiae*
*Electronic Frontier Foundation and ACLU*
*Foundation of Northern California*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.* | Case No.: 20-mc-80214 VC<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Vince Chhabria |

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of the Electronic Frontier Foundation ("EFF") and ACLU Foundation of Northern California ("ACLU") that as of this date, other than the named parties, there is no such interest to report.

Furthermore, EFF and ACLU certify that they have no parent corporation or any publicly held corporation owning 10% or more of its stock.

DATED: February 18, 2022

Respectfully submitted,

*/s/ Aaron Mackey*
Aaron Mackey

Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
Nicole A. Ozer (SBN 228643)
nozer@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amici Curiae Electronic Frontier Foundation and ACLU Foundation of Northern California*