Aaron Mackey (SBN 286647)
amackey@eff.org
Corynne McSherry (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
Nicole A. Ozer (SBN 228643)
nozer@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amici Curiae*
*Electronic Frontier Foundation and ACLU*
*Foundation of Northern California*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.* | Case No.:  20-mc-80214 VC<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF ELECTRONIC FRONTIER FOUNDATION AND ACLU FOUNDATION OF NORTHERN CALIFORNIA FOR LEAVE TO FILE AMICI CURIAE BRIEF**<br><br>Hon. Vince Chhabria |

Before the Court is the unopposed Motion of Amici Curiae Electronic Frontier Foundation and the ACLU Foundation of Northern California for Leave to File Amici Curiae Brief.

Having considered the pleadings and good cause appearing, it is hereby **ORDERED**

1

that the motion for leave to file amici curiae brief is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____  _____
						Hon. Vince Chhabria
						United States District Judge