Aaron Mackey (SBN 286647)
amackey@eff.org
Corynne McSherry (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
Nicole A. Ozer (SBN 228643)
nozer@aclunc.org
ACLU FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amici Curiae*
*Electronic Frontier Foundation and ACLU*
*Foundation of Northern California*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| *In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.* | Case No.:  20-mc-80214 VC <br><br> **NOTICE OF APPEARANCE** <br><br> Hon. Vince Chhabria |

PLEASE TAKE NOTICE that Corynne McSherry of the Electronic Frontier Foundation

hereby appears as counsel of record for the Electronic Frontier Foundation and ACLU

Foundation of Northern California as amici curiae in this action.

1

**NOTICE OF APPEARANCE**

DATED: February 18, 2022                    Respectfully submitted,


                                            */s/ Corynne McSherry*
                                            Corynne McSherry

                                            ELECTRONIC FRONTIER FOUNDATION
                                            815 Eddy Street
                                            San Francisco, CA 94109
                                            Telephone: (415) 436-9333
                                            Facsimile: (415) 436-9993

                                            *Attorneys for Amici Curiae*
                                            *Electronic Frontier Foundation and ACLU*
                                            *Foundation of Northern California*

20-mc-80214-VC                    **NOTICE OF APPEARANCE**