ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@glaserweil.com
THOMAS P. BURKE JR. (SBN 288261)
tburke@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Petitioner*
*Bayside Advisory LLC*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO TWITTER, INC. | CASE NO.: 4:20-mc-80214-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMIT OF BAYSIDE ADVISORY, LLC'S RESPONSE / OPPOSITION BRIEF** |

1   This stipulation is entered into between Petitioner Bayside Advisory LLC ("Petitioner" or "Bayside") and Respondent Twitter, Inc. ("Respondent" or "Twitter"; collectively with Petitioner, the "Parties") pursuant to Local Rule 7-12.

On January 19, 2022, the Court granted (as modified) the parties' stipulation to modify the briefing schedule on Twitter's Motion for *De Novo* Determination of Dispositive Matter Referred to Magistrate Judge (Dkt. 22) (the "Motion"). The briefing schedule allowed for amici curiae in support of Twitter to file briefs by February 18, 2022. Amici curiae Electronic Frontier Foundation and ACLU Foundation of Northern California filed a brief on February 18, 2022 (the "Amici Brief"), which totaled 15 pages. Bayside's response / opposition brief is due on March 11, 2022.

The Court's Standing Order sets the page limit for opposition briefs at 15 pages (*see* Standing Order, ¶ 38). In order to adequately address the important and complicated issues raised in both the Motion and the Amici Brief, Bayside wishes to obtain an increase in the page limit from 15 pages to 20 pages. Counsel for Bayside sought and obtained the consent of counsel for Twitter to this request on March 7, 2022.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the Parties herein, and subject to the approval of the Court, that the page limit for Bayside's response / opposition brief shall be increased from 15 pages to 20 pages.

IT IS SO STIPULATED.

DATED: March 7, 2022                Respectfully submitted,

                                    GLASER WEIL FINK HOWARD
                                      AVCHEN & SHAPIRO LLP


                                    By:  */s/ Thomas P. Burke Jr.*
                                    Robert E. Allen (SBN 166589)
                                    rallen@glaserweil.com
                                    Lawrence M. Hadley (SBN 157728)
                                    lhadley@glaserweil.com
                                    Thomas P. Burke Jr. (SBN 288261)
                                    tburke@glaserweil.com

```
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
```

*Attorneys for Petitioner*
*Bayside Advisory LLC*


By:  /s/ Julie E. Schwartz
Julie Erin Schwartz
jschwartz@perkinscoie.com
Perkins Coie, LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650-838-4490
Fax: 650-838-4690

Hayden Schottlaender (admitted *pro hac vice*)
HSchottlaender@perkinscoie.com
Perkins Coie LLP
500 N. Akard St., Ste. 3300
Dallas, TX 75201
Telephone: (214) 965-7724

*Attorneys for Respondent*
*Twitter, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March ___, 2022

_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from the signatories.

Dated: March 7, 2022          GLASER WEIL FINK HOWARD
                              AVCHEN & SHAPIRO LLP


                               /s/ Thomas P. Burke Jr.
                              Thomas P. Burke Jr.

# CERTIFICATE OF SERVICE

In hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: March 7, 2022  　　　　　　　　　　GLASER WEIL FINK HOWARD
　　　　　　　　　　　　　　　　　　　　　AVCHEN & SHAPIRO LLP


　　　　　　　　　　　　　　　　　　　　　 */s/ Thomas P. Burke Jr.*
　　　　　　　　　　　　　　　　　　　　　Thomas P. Burke Jr.