ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@glaserweil.com
THOMAS P. BURKE JR. (SBN 288261)
tburke@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Petitioner
Bayside Advisory LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA § 512(h) SUBPOENA TO TWITTER, INC. | CASE NO.: 4:20-mc-80214-VC |
| | **DECLARATION OF ROBERT E. ALLEN IN SUPPORT OF PETITIONER BAYSIDE ADVISORY LLC'S OPPOSITION TO TWITTER'S MOTION FOR DE NOVO DETERMINATION** |
| | Hearing Date:  May 12, 2022<br>Time:         1:00 p.m.<br>Judge:        Hon. Vince Chhabria<br>              Courtroom 4, 17th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1960325

## DECLARATION OF ROBERT E. ALLEN

I, Robert E. Allen, declare as follows:

1.  I am a partner with the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, counsel of record for Bayside Advisory LLC ("Bayside"). I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2.  I submit this declaration in support of Petitioner Bayside Advisory LLC's Opposition to Twitter's Motion for De Novo Determination.

3.  Attached hereto as **Exhibit A** are true and correct copies of tweets posted by the account @CallMeMoneyBags between March 5, 2021 and October 11, 2021. Most of the these tweets remain accessible at https://twitter.com/callmemoneybags as of the morning of March 11, 2022.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on March 11, 2022 at Los Angeles, California.

 /s/ Robert E. Allen
Robert E. Allen

Exhibit A

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.





**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · Mar 5, 2021                    •••

"I do not respect the SEC." Musk also tweeted a suggestive jab at the commission last July: "SEC, three letter acronym, middle word is Elon's."

@elonmusk bringing the BDE to the SEC.



nypost.com
Elon Musk says SEC probe of Dogecoin tweets would be 'awesome'
The billionaire Tesla chief appeared to welcome rumors that the agency was probing his Twitter posts about Dogecoin, his favorite meme-...



💬          ⟲ 1                    ♡ 836                    ⬆️

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 – October 11, 2021.

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

↻ **MrMoneyBags Retweeted**

 **Sahil Kapur** ✓ @sahilkapur · Mar 11, 2021   · · ·

The new Covid law contains $350 billion for state and local governments — but there's a very important restriction on that money: It can't be used to cut taxes.

The statute has teeth: It forces states to give a full accounting. If they break the rule? They pay the money back.

> "(A) IN GENERAL.—A State or territor
> ll not use the funds provided under this se
> n or transferred pursuant to section 603(c)(
> either directly or indirectly offset a reductio
> the net tax revenue of such State or territor
> ulting from a change in law, regulation, o
> inistrative interpretation during the covere
> riod that reduces any tax (by providing for
> uction in a rate, a rebate, a deduction,
> dit, or otherwise) or delays the imposition o
> y tax or tax increase.

> "(e) RECOUPMENT.—Any State, territory, or Tribal government that has failed to comply with subsection (c) shall be required to repay to the Secretary an amount equal to the amount of funds used in violation of such subsection, provided that, in the case of a violation of subsection (c)(2)(A), the amount the State or territory shall be required to repay shall be lesser of—
> "(1) the amount of the applicable reduction to net tax revenue attributable to such violation; and
> "(2) the amount of funds received by such State or territory pursuant to a payment made under this section or a transfer made under section 603(c)(4).
> "(f) REGULATIONS.—The Secretary shall have the authority to issue such regulations as may be necessary or appropriate to carry out this section.

💬 77          ↻ 883          ♡ 3,233          ↑

**Show this thread**

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · Mar 22, 2021    ···
Leon Black steps down from Apollo in a rapid fall from grace as his relationship with Jeffrey Epstein has come unraveled. @apolloglobal @WSJ



wsj.com
**Leon Black Steps Down as Apollo Chairman in Unexpected Move**
Mr. Black, who the firm had previously said would be staying on as chairman, is ceding the role to former SEC head Jay Clayton, the latest ...

        ⟲        ♡ 1        ⬆

All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**MrMoneyBags** @CallMeMoneyBags · Apr 8, 2021    ···

"I foolishly had a consensual affair with Ms. Ganieva that ended more than seven years ago," Black said in his statement. "Any allegation of harassment or any other inappropriate behavior towards her is completely fabricated." - Leon Black

#PrivateEquity

nypost.com
Leon Black's surprise Apollo Global exit came amid sexual harassment...
Leon Black's surprise exit from the helm of Apollo Global Management last month came just days after several directors on the private-equity ...



♡ 1

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · Apr 17, 2021                    •••

Carlos Kepke is scheduled to be arraigned April 22nd. According to the announcement, he faces 5 years in prison on one conspiracy count and 3 years on each of 3 counts of preparing false tax returns. He's 81 years old.

#tax #crimes @Forbes



forbes.com
Tax Attorney Facing Prison For Allegedly Helping Billionaires Robert Smi...
It's a new legal development for Vista Equity boss Smith and his onetime mentor Brockman, already accused of the biggest tax evasion in U.S. ...

   ♡  1                    ♡  436                    ⬆

All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · May 1, 2021   · · ·
Josh Harris gets put in his place for crossing Big Bad Leon Black.

#leonblack #apollo #privateequity #marcrowan #chess #out #epstein



bloomberg.com
A Brawl Between Billionaire Founders at Apollo Sidelines One of Its Own
Members of the team were heard humming their response: "Ding-Dong! the Witch is Dead" from "The Wizard of Oz."

                 1

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · May 10, 2021 · · ·

"His lifestyle is very different and kind of intriguing although it would not work for me," Mr. Gates emailed colleagues in 2011, after his first get-together with Mr. Epstein.

#BillGates #Epstein #Lifestyle #Intriguing #ManofMystery #DivideBy2



nytimes.com
**Bill Gates Met With Jeffrey Epstein Many Times, Despite His Past (Publi…**
Mr. Gates has minimized his ties to Mr. Epstein. But a Times investigation reveals they had a closer relationship than previously known.

         ⟲         ♡ 1         

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · May 10, 2021          ···

Taxes have long been a key element of the business of private equity. But while past tax regime changes have been big moments for the industry, that might not be the case for the Biden administration's proposals.

#privateequity #taxes #carriedinterest



wsj.com
The Future for Private-Equity Stocks Doesn't Rest on Taxes
Tax policies have often been a major driver for the private-equity industry. But the state of affairs today isn't the same.

                    ♡ 1          

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · May 16, 2021 ⋯

Bill Gates getting put on blast for sexual relationships with Microsoft employees 20 years ago. Gates met with Leon Black through Jeff Epstein. Grab the popcorn to watch this one play out.

#BillGates #Epstein #LeonBlack #Microsoft #RichWives



wsj.com
WSJ News Exclusive | Bill Gates Left Microsoft Board Amid Probe Into P...
Some Microsoft directors began an investigation in 2019 into a woman's allegations of a prior sexual relationship with Bill Gates. His ...

           3          ♡ 2          

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · Jun 2, 2021      · · ·

Guo Wengui has become an influential voice among the Chinese diaspora, exploiting its distrust of Beijing's state media. His conspiracy theories are seductive, as is his cheerful persona (when he's not trolling).



bloomberg.com
**Can a Fugitive Chinese Billionaire Achieve His American Dream?**
Guo Wengui's combative personality has made him a social media sensation among the Chinese diaspora. But does he really have a good …

   7        ⟳        ♡  1                ⬆

All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

 **MrMoneyBags** @CallMeMoneyBags · Sep 10, 2021    · · ·

Leon Black says he paid Ganieva $100,000 a month for 15 years not to discuss their 6+ year relationship, after she allegedly demanded $100 million. The payments eventually added up to $18 million and stopped after Ganieva tweeted about Black in March.



dailymail.co.uk
Leon Black denies he flew model to Florida to have sex with Epstein
Leon Black says model Guzel Ganieva's claims that he flew her to Florida in 2008 for a possible sexual encounter with late sex offender Jeffrey …

 1              ⟲ 1              ♡ 3              ⬆

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**MrMoneyBags** @CallMeMoneyBags · Sep 10, 2021                    • • •

Jury selection started this week for the case against John B. Wilson, 62, a private equity investor, and Gamal Abdelaziz, 64, a former executive for Wynn Resorts Ltd.

#privateequity #scandal



bloomberg.com
**College Scandal's Holdout Parents Aim to Put Admissions on Trial**
The "Varsity Blues" sting exploded into public view in 2019, with dozens of parents across the U.S. arrested for allegedly paying hundreds of …

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**MrMoneyBags** @CallMeMoneyBags · Oct 7, 2021                    •••

Brian Sheth is the only guy in tech who lost money during this epic bull market run. The former billionaire went from $2.3 billion in 2020 to $900 million in 2021, according to @Forbes. Ouch.

#privateequity #forbes #briansheth #vista #vistaequity



forbes.com

Oprah, Trump And 49 Other Billionaires Who Dropped Out Of The Forb...

A flock of newcomer entrepreneurs pushed famous faces, including Donald Trump and Oprah Winfrey, off this year's list of America's riches...

💬 1              �copy 3              ♡ 5                    ⬆

**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.



**All @CallMeMoneyBags "Tweets & Replies" Activity between March 5, 2021 — October 11, 2021.**

Time period covering all filed arguments in Judge Ryu's review of Motion to Compel/Motion to Quash, during which time @CallMeMoneyBags activity continued despite Twitter's claims that MTC would chill speech.

