Rebecca Weissman (SBN 322402)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
rebecca@oandzlaw.com

*Attorney for Amici Curiae*
*The Copyright Alliance*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA § 512(H) SUBPOENA TO TWITTER, INC. | Case No.: 20-mc-80214-VC <br><br> **NOTICE OF APPEARANCE** <br><br> Hon. Vince Chhabria |

    PLEASE TAKE NOTICE that Rebecca Weissman of Oppenheim + Zebrak, LLP hereby appears as counsel of record for the Copyright Alliance as amici curiae in this action.

Dated: April 4, 2022

Respectfully submitted,

*/s/ Rebecca Weissman*
Rebecca Weissman, SBN 322402
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
rebecca@oandzlaw.com

*Attorney for Amici Curiae*
*The Copyright Alliance*