Matthew J. Oppenheim (D.C. Bar No. 443698)
Scott A. Zebrak (D.C. Bar No. 452649)
Carly A. Kessler (NY No. 5410212)
Rebecca Weissman (CA Bar No. 322402)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
scott@oandzlaw.com
carly@oandzlaw.com
rebecca@oandzlaw.com

*Attorneys for Amici Curiae*
*The Copyright Alliance*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA § 512(H) SUBPOENA TO TWITTER, INC. | Case No.: 20-mc-80214-VC<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Vince Chhabria |

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of the Copyright Alliance that as of this date, other than the named parties, there is no such interest to report. The Copyright Alliance further states under Rule 7.1 of the Federal Rules of Civil Procedure that it is a non-profit 501(c)(4) organization and does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: April 4, 2022               Respectfully submitted,

*/s/ Rebecca Weissman*
Rebecca Weissman

Matthew J. Oppenheim (D.C. Bar No. 443698)
Scott A. Zebrak (D.C. Bar No. 452649)
Carly A. Kessler (NY No. 5410212)
Rebecca Weissman (CA Bar No. 322402)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
scott@oandzlaw.com
carly@oandzlaw.com
rebecca@oandzlaw.com

*Attorneys for Amici Curiae*
*The Copyright Alliance*