Paul Alan Levy (pro hac vice sought)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Phillip R. Malone
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY
 AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
Facsimile: (650) 725-0253
pmalone@stanford.edu

*Attorneys for Amicus Curiae Public Citizen*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Sec. 512(h) Subpoena to Twitter, Inc | Case No.: 20-mc-80214 VC |
| | **NOTICE OF APPEARANCE** |
| Twitter's Motion for De Novo Determination of Dispositive Matter | Hon. Vince Chhabria |

     PLEASE TAKE NOTICE that Phillip R. Malone is admitted or otherwise authorized to practice in this court and hereby appears as counsel for Public Citizen as amicus curiae in this action.

NOTICE OF APPEARANCE         20-mc-80214-VC

| | | |
|---|---|---|
| 1 | Dated: April 4, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | |    /s/ Phillip R. Malone<br>  Phillip R. Malone |
| 4 | | |
| 5 | | JUELSGAARD INTELLECTUAL<br>  PROPERTY AND<br>  INNOVATION CLINIC |
| 6 | | Mills Legal Clinic at Stanford Law School |
| 7 | | 559 Nathan Abbott Way<br>Stanford, California 94305-8610 |
| 8 | | Telephone: (650) 724-1900<br>Facsimile: (650) 725-0253 |
| 9 | | |
| 10 | | Attorney for Amicus Curiae Public Citizen |

2