Paul Alan Levy (pro hac vice sought)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Phillip R. Malone
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
Facsimile: (650) 725-0253
pmalone@stanford.edu

Attorneys for Public Citizen

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.<br><br>Twitter's Motion for De Novo Determination of Dispositive Matter | Case No.: 20-mc-80214 VC<br><br>**[PROPOSED] ORDER GRANTING PUBLIC CITIZEN LEAVE TO APPEAR AS AMICUS CURIAE**<br><br>Date: May 12, 2022<br>Time: 10:00 AM<br>Dept: Courtroom 4, 17th Floor<br>Hon. Vince Chhabria |

Public Citizen is granted leave to appear as amicus curiae. Its brief shall be deemed filed nunc pro tunc.

Bayside may respond to the amicus brief no later than April 11, 2022.

IT IS SO ORDERED.

DATED: _____

_____
Vince Chhabria
United States District Judge