Paul Alan Levy (pro hac vice sought)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Phillip R. Malone
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY
 AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
Facsimile: (650) 725-0253
pmalone@stanford.edu

*Attorneys for Amicus Curiae Public Citizen*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Sec. 512(h) Subpoena to Twitter, Inc | Case No.: 20-mc-80214 VC |
| | **CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT** |
| Twitter's Motion for De Novo Determination of Dispositive Matter | Hon. Vince Chhabria |

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Public Citizen that, as of

---

CERTIFICATION OF INTERESTED ENTITIES AND                                    20-mc-80214-VC
CORPORATE DISCLOSURE STATEMENT

this date, other than the named parties, there is no such interest to report.

Furthermore, Public Citizen certifies that it has no parent corporation or any publicly held corporation owning 10% or more of its stock.

April 4, 2022                                                     Respectfully submitted,

                                                         ___/s/ Phillip R. Malone_____
                                                      Phillip R. Malone

JUELSGAARD INTELLECTUAL
  PROPERTY AND
  INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
Facsimile: (650) 725-0253

            _/s/ Paul Alan Levy_____

Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

*Attorneys for Amicus Curiae Public Citizen*

2

CERTIFICATION OF INTERESTED ENTITIES AND                                                   20-mc-80214-VC
CORPORATE DISCLOSURE STATEMENT