Matthew J. Oppenheim (D.C. Bar No. 443698)
Scott A. Zebrak (D.C. Bar No. 452649)
Carly A. Kessler (NY No. 5410212)
Rebecca Weissman (CA Bar No. 322402)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
scott@oandzlaw.com
carly@oandzlaw.com
rebecca@oandzlaw.com

*Attorneys for Amici Curiae
The Copyright Alliance*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA § 512(H) SUBPOENA TO TWITTER, INC. | Case No.: 20-mc-80214-VC<br><br>[PROPOSED] **ORDER GRANTING UNOPPOSED MOTION OF THE COPYRIGHT ALLIANCE FOR LEAVE TO FILE AMICI CURIAE BRIEF**<br><br>Hon. Vince Chhabria |

Before the Court is the unopposed Motion of Amici Curiae the Copyright Alliance for Leave to File Amici Curiae Brief.

Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the motion for leave to file amici curiae brief is **GRANTED**.

DATED:  April 5, 2022                              _____
                                                                    Hon. Vince Chhabria
                                                                    United States District Judge

*GRANTED — Judge Vince Chhabria*