Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Phillip R. Malone
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
Facsimile: (650) 725-0253
pmalone@stanford.edu

Attorneys for Public Citizen

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Sec. 512(h) Subpoena to Twitter, Inc.<br><br>Twitter's Motion for De Novo Determination of Dispositive Matter | Case No.: 20-mc-80214 VC<br><br>**NOTICE OF AUTHORITY BEARING ON QUESTION FROM THE COURT**<br><br>Date: May 12, 2022<br>Time: 2:30 PM<br>Dept: Courtroom 4, 17th Floor<br>Hon. Vince Chhabria |

In response to one of the questions posed by the Court yesterday, about whether IP addresses could show whether MoneyBags was posting from within the United States, Public Citizen wishes to call the Court's attention to *Thunder Studios, Inc. v. Kazal*, 13 F.4th 736 (9th Cir. 2021), addressing circumstances in which speech abroad addressed to a United States audience (and on a United States platform) is protected by the First Amendment.

Respectfully submitted,

 /s/ Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group

 /s/ Phillip R.Malone
California Bar No. 163969
JUELSGAARD INTELLECTUAL
PROPERTY AND INNOVATION CLINIC

May 13, 2022                    Attorneys for Public Citizen